IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re: JOHN HENRY                                     No. 17mc0042 RB

## **ORDER OF DISMISSAL**

**THIS MATTER** comes before the Court on John Henry's failure to timely respond to the Court's Order to Show Cause. (*See* Doc. 4.)

John Henry requested that the Clerk of the Court open a sealed, miscellaneous case and file his Notice. The Court notified John Henry that the Notice does not identify an administrative matter that requires resolution by this Court and that the case was improperly sealed. The Court ordered John Henry to show cause why the Court should not dismiss this case for failure to identify an administrative matter that requires resolution by this Court and to articulate a real and substantial interest that justifies keeping this case sealed. (*See id.*) The Court also notified John Henry that failure to timely respond to the Order to Show cause may result in dismissal and unsealing of this case. John Henry did not file a response by the August 18, 2017, deadline.

**IT IS ORDERED** that the Clerk of the Court **UNSEAL** this case.

**IT IS ALSO ORDERED** that this case is dismissed.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**